239 So.2d 544

**Walter A. SOUTHER**

v.

**Louis A. "Blackcat" DOMINGUE et al.**

No. 50889.

Oct. 7, 1970.

Writ refused. On the facts found by the Court of Appeal the result is correct.

239 So.2d 544

**STATE of Louisiana**

v.

**James E. WILLIAMS.**

No. 50899.

Oct. 7, 1970.

Application denied. The showing made does not warrant the relief sought.